IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| F.G., a Minor, by and through her Parents/Natural Guardians JENNA SWISHER AND REGINALD GALLMAN,<br><br>Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA SCHOOL DISTRICT,<br><br>Defendant. | No. 4:22-CV-01120<br><br>(Chief Judge Brann) |

## ORDER

### OCTOBER 6, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss (Doc. 25) is **DENIED** as to Count I and **GRANTED** as to Count II.

2. Defendant's answer to Count I and Count III of the Second Amended Complaint is due no later than fourteen (14) days from the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge